UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

                Plaintiff,

v.

John Sheldon Pickens, Jr.,

                Defendant.

**ORDER**
Criminal No. 19-314 ADM
Civil No. 23-1363 ADM

The Government has filed a motion for an extension of time to respond to Defendant's Motion to Vacate, Set Aside or Correct Sentence, under Title 28, United States Code, Section 2255.

IT IS HEREBY ORDERED that the United States shall respond on or before **July 7, 2023** to the Motion to Vacate Under 28 U.S.C. § 2255. Defendant shall file a reply on or before **August 11, 2023.**

BY THE COURT:

  s/Ann D. Montgomery
ANN D. MONTGOMERY
U.S. DISTRICT JUDGE

Dated: June 27, 2023