UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 19-314 (ADM/BRT)

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOHN SHELDON PICKENS, JR.,

    Defendant.

**CERTIFICATE OF SERVICE**

I hereby certify that on July 10, 2023, I served, or caused to be served, the following documents:

**Government's Response to Defendant's Motion to Vacate, Set Aside, or Correct Sentence Under 28 U.S.C. § 2255**

to non-ECF participants by placing a copy in an envelope addressed to the person(s) hereinafter named, at the place(s) and address(es) stated below, which is/are the last known address(es), and delivering by mail to:

John Sheldon Pickens, Jr., Pro Se
OID# 0231372
Ramsey County Jail
425 Grove Street
St. Paul, MN 55101

Dated:  July 10, 2023

Respectfully Submitted,

ANDREW M. LUGER
United States Attorney

*s/ Daniel D. Diaz*

BY:  DANIEL D. DIAZ
Legal Assistant