# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

United States of America,

                Plaintiff,                  **ORDER**
v.                                          Criminal No. 19-314 ADM
                                                Civil No. 23-1363 ADM

John Sheldon Pickens, Jr.,

                Defendant.

___

Defendant has filed a Motion for a 90 day extension of time to reply to the United States' response to his Motion to Vacate, Set Aside or Correct Sentence, under Title 28, United States Code, Section 2255.

IT IS HEREBY ORDERED that the Defendant shall file a reply on or before **November 6, 2023.**

                                                                BY THE COURT:


                                                                s/Ann D. Montgomery
                                                               ANN D. MONTGOMERY
                                                               U.S. DISTRICT JUDGE

Dated: August 22, 2023